# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ANITA M. BUONINCONTRO    )    08 B 18624
) 
)
Debtor(s)    )    Judge John H. Squires

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code filed by the Debtor on 8/21/08 as modified by amendments filed on 2/16/09 having been found by the court to comply with the provisions of 11 U.S.C. 1325, THE PLAN IS HEREBY CONFIRMED.

Entered: MAR - 4 2009

_____
Bankruptcy Judge

MAR - 4 2009