UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-18624 |
| | ) | Chapter 13 |
| ANITA M. BUONINCONTRO, | ) | Judge John H. Squires |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION

To:   See Service List

**PLEASE TAKE NOTICE** that on Friday, September 25, 2009 at 10:30 A.M., we shall appear before the Honorable Judge John H. Squires, at the DuPage County Courthouse, Room 4016, 505 North County Farm Road, Wheaton, Illinois 60187 and present Creditor West Town Savings Bank's **Motion To Dismiss For Failure to Make Plan Payments,** a copy of which is attached hereto.

/s/Eugene J. Rudnik, Jr.
Eugene J. Rudnik, Jr.
One of its attorneys

### Certificate of Service

I, Eugene J. Rudnik, an attorney, certify that a copy of the **Notice of Motion** was served upon the above-mentioned party(s) in a sealed envelope at their respective address as disclosed by their appearance and pleadings on file in this case with postage fully prepaid and by depositing said envelope in the United States mail at 1900 Spring Road, Oak Brook, Illinois, on this 17th day of September, 2009

/s/Eugene J. Rudnik, Jr.
Eugene J. Rudnik, Jr.

Eugene J. Rudnik, Jr., #12041
Thomas Wilson Waters, #12041
**KEMP & GRZELAKOWSKI, LTD.**
1900 Spring Road, Suite 500
Oak Brook, Illinois  60523
(630) 571-7711

## SERVICE LIST

Anita M. Buonincontro
810 Yosemite Trail
Roselle, Illinois 60172

Forrest L. Ingram
79 West Monroe, #900
Chicago, Illinois  60603-4907

Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, Illinois  60532-3614