Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 08−18624
Chapter: 13
Judge: John H. Squires

In Re:
   Anita M Buonincontro
   810 Yosemite Trail
   Roselle, IL 60172

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9869

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on October 9, 2009

 

FOR THE COURT

Dated: October 14, 2009                Kenneth S. Gardner , Clerk
                                              United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt                Page 1 of 1                  Date Rcvd: Oct 14, 2009
Case: 08-18624                 Form ID: ntcdsm              Total Noticed: 21

The following entities were noticed by first class mail on Oct 16, 2009.
db           +Anita M Buonincontro,    810 Yosemite Trail,    Roselle, IL 60172-1217
aty          +Carolyn A Suzzi,    Glenn Stearns Ch. 13 Trustee,     4343 Commerce Court   Suite 120,
               Lisle, IL 60532-3614
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
tr           +Glenn B Stearns,    4343 Commerce Court, Ste 120,     Lisle, IL 60532-3614
12427704     +Alexian Brs Med. Ctr.,    800 Biesterfield,    Elk Grove Village, IL 60007-3397
12427705     +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12427706     +Elk Grove Radiology,    C/o ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
12427707     +Eugene J. Rudnik, Jr.,    1900 Spring Road, Suite 500,     Oak Brook, IL 60523-1482
12427708      JC Penney,    Attention:  Bankruptcy Department,     Po Box 103106,    Roswell, GA 30076
12530091      MACYS RETAIL HOLDINGS, INC.,     TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
12831345     +MIDWEST VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON IL 61702-3397
12427710     +Midwest Sports Medicie,    P.O. Box 807,    Elk Grove Village, IL 60009-0807
12427712      Trackers Inc,    1970 S       H,    Bettendorf, IA 52722
12537905     +West Town Savings Bank,    7820 W. 26th Street,    Riverside, IL 60546-1599
12427714     +West Town Savings Bank,    c/o Eugene J Rudnik Jr Kemp etal,     1900 Spring Road Suite 500,
               Oak Brook IL 60523-1482
The following entities were noticed by electronic transmission on Oct 14, 2009.
12593844     +EDI: ACCE.COM Oct 14 2009 19:34:00      Asset Acceptance LLC/Assignee SBC,    PO Box 2036,
               Warren MI 48090-2036
12427709     +E-mail/Text: tjordan@mcscol.com                             Medical Collections Sy,
               725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12866854     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
12427711     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,
               Attention:  Bankruptcy Department,     1844 Ferry Road,    Naperville, IL 60563-9662
12427713      EDI: AFNIVZWIRE.COM Oct 14 2009 19:34:00      Verizon Wireless,    PO Box 25505,
               Lehigh Valley, PA 18002-5505
12700627      EDI: ECAST.COM Oct 14 2009 19:33:00      eCAST Settlement Corporation assignee of,
               GE Money Bank JC Penney Consumer,     POB 35480,    Newark NJ 07193-5480
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12537896      Dupage County Treasurer
12537894*    +Alexian Brs Med. Ctr.,    800 Biesterfield,    Elk Grove Village, IL 60007-3397
12537895*    +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12537897*    +Elk Grove Radiology,    C/o ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
12537898*    +Eugene J. Rudnik, Jr.,    1900 Spring Road, Suite 500,     Oak Brook, IL 60523-1482
12537899*     JC Penney,    Attention:  Bankruptcy Department,     Po Box 103106,    Roswell, GA 30076
12537900*    +Medical Collections Sy,    725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
12537901*    +Midwest Sports Medicie,    P.O. Box 807,    Elk Grove Village, IL 60009-0807
12537902*    +Nicor Gas,    Attention:  Bankruptcy Department,     1844 Ferry Road,    Naperville, IL 60563-9662
12537903*     Trackers Inc,    1970 S       H,    Bettendorf, IA 52722
12537904*     Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                             TOTALS: 1, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2009**                         **Signature:**   *Joseph Speetjens*